IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HIGHER ONE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 3:09cv337 (AWT) |
| | : | |
| v. | : | |
| | : | |
| TOUCHNET INFORMATION SYSTEMS, INC., | : | |
| | : | May 7, 2009 |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER DEFENDANT'S COUNTERCLAIMS AND
<u>TO OPPOSE DEFENDANT'S MOTION TO TRANSFER</u>**

Pursuant to Local Rule 7(b)(1) and (2), Plaintiff Higher One, Inc. respectfully requests an extension of time up to and including May 26, 2009, in which to answer Defendant Touchnet Information Systems, Inc.'s Counterclaims (Doc. 20) and to oppose Defendant's Motion to Transfer (Doc. 21). In support of this request Plaintiff states:

1. Plaintiff was served with Defendant's Counterclaims and Defendant's Motion to Transfer on April 21, 2009.

2. Therefore, Plaintiff's answer to Defendant's Counterclaims is due on May 11, 2009 and Plaintiff's opposition to Defendant's Motion to Transfer is due on May 12, 2009.

3. Plaintiff's counsel, Laura Chubb, conferred with Defendant's counsel, Patrick Whalen, and Mr. Whalen consented to the requested extensions of time.

4. This is the first request for an extension of time for these deadlines, this two week extension is necessary for Plaintiff adequately to respond to Defendant's Counterclaims

and Motion to Transfer, and Plaintiff does not seek this extension for delay or any other improper purpose.

Thus, for the good cause shown, Plaintiff respectfully requests an extension of time up to and including May 26, 2009, to answer Defendant's Counterclaims and to oppose Defendant's Motion to Transfer.

        Higher One, Inc.

        By: __/s/ Laura A. Chubb_____
            Edward Wood Dunham (ct 05429)
            WIGGIN AND DANA LLP
            One Century Tower
            P.O. Box 1832
            265 Church Street
            New Haven, CT 06508-1832
            Telephone: (203) 498-4400
            Facsimile:  (203) 782-2889
            Email:  edunham@wiggin.com

            Laura A. Chubb (ct 27794)
            WIGGIN AND DANA LLP
            450 Lexington Avenue, Suite 3800
            New York, NY 10017
            Telephone: (212) 490-1700
            Facsimile: (212) 490-0536
            Email: lchubb@wiggin.com

            Of Counsel:
            Anthony Gangemi
            WIGGIN AND DANA LLP
            One Century Tower
            P.O. Box 1832
            265 Church Street
            New Haven, CT 06508-1832
            Telephone: (203) 498-4400
            Facsimile:  (203) 782-2889
            Email:  agangemi@wiggin.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on this day a true copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        /s/ Laura A. Chubb_____
        Laura A. Chubb

16873\15\2220657.1