# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:09CV337(AWT) |
| v. ) | |
| ) | |
| TOUCHNET INFORMATION SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF WILLIAM KITCHEN

STATE OF Ohio )
) ss.
COUNTY OF Franklin )

William Kitchen, first being duly sworn, and upon his oath, states as follows:

1. My name is William Kitchen. I am over 18 years of age, of sound mind and am competent to make this Affidavit.

2. I have been the Managing Partner at e-com Consulting Partners, LLP since 2006. Previously, I have been the Global Product Line Manager of Financial Services at Sterling Commerce, the VP of Product and Business Development at Bank One, and the VP of Corporate Business Development at CheckFree. I have over 30 years of experience in the field of payment systems, including consumer payments, billing, banking, B2B commerce, and ACH. My CV is attached as Exhibit A.

3. I have carefully analyzed U.S. Patent No. 7,496,536 ("the '536 Patent"), the '536 Patent file history, the prior art of record, and the Joint Claim Construction Statement. Thus, I have knowledge regarding the facts at issue in this lawsuit and the facts that are set forth in this Affidavit.

4. To determine the level of skill of a person that understands the '536 Patent, I have considered the type of problems encountered in the art of managing and disbursing student funds, the

prior art solutions to those problems, the frequency of innovations in the art, the educational level of the inventor, the educational level of those who manage the disbursing of student funds in an educational institution, and the sophistication of the technology involved.

5. I have found that, to understand the '536 Patent, a person must meet several criteria. First, the person must have general knowledge of e-commerce systems, specifically payment systems, creation, maintenance, exchange, display, and application of data by electronic means via the Internet and other forms of electronic data exchange.

6. Second, the person must be skilled in applying these systems to the support of commercial and retail use for exchange of information, service enrollment, service use, purchase of goods and services, and supporting customer service and reporting.

7. Third, the person must understand the processes, practices, and regulations involved in the disbursing of student funds by an educational institution. The person is capable of discerning the advantages described by the '536 Patent specification. The person has knowledge regarding handling student funds and is necessarily intricately familiar with the practices, procedures, and legal compliance with statutes and regulations of a educational institution.

8. Fourth, a person is capable of understanding and using a computer system designed and programmed to facilitate the processes and practices. Because the processes and practices, once set by an individual described in Paragraph 6 above, can be programmed by any programmer, it is not necessary for this person to be able to program. The individual would simply need the ability to use the programmed interface.

9. A person of ordinary skill in the art ("POSITA") must have the skills, knowledge, and experiences described in Paragraphs 5 – 8 in order to understand the teachings of the '536 Patent.

10. A POSITA reading the specification of the '536 Patent understands that nothing in the specification describes an embodiment of the limitation recited in claim 1, "without goods or

2

services being exchanged prior to arranging for the refund amount to be delivered," and that the inventor was not in possession of such a limitation at the time the application for the '536 Patent was filed.

11. A POSITA reading the specification of the '536 Patent understands that nothing in the specification describes an embodiment of the limitation "determining the refund amount before the cost of goods or services purchased by a student is deducted," and that the inventor was not in possession of any invention incoporating such a limitation at the time the application for the '536 Patent was filed.

12. I have closely analyzed the '536 Patent, and have found that the specification of the '536 Patent fails to provide written description support for either the limitation, "without goods or services being exchanged prior to arranging for the refund amount to be delivered," or the proposed construction of the limitation as "determining the refund amount before the cost of goods or services purchased by a student is deducted."

_____
William Kitchen

STATE OF TEXAS )
) ss.
COUNTY OF HARRIS )

Subscribed and sworn to before me, a Notary Public, by the person known to me to be William Kitchen, this 2nd day of November, 2010.

_____
Notary Public

My Commission Expires: 8/4/2012

KENNETH JASON CHAN
Notary Public, State of Texas
My Comm. Expires Aug. 4, 2012

**Exhibit A to Affidavit of William Kitchen**
**Resume of William C. Kitchen**



**William C. Kitchen -  Resume Introduction:**

As a member of the original team at CheckFree Corporation, I have been closely involved with the development of the ecommerce and online industries since their nascent years.  My work there, with Bank One, Sterling Commerce, and in my consultancy practice of many years has equipped me with a deep and diverse breadth of domain knowledge and skills in both the B2C and B2B fields.  Using my 30 years of experience in marketing, product, partnership, business, and corporate development, I've led efforts with Fortune 500 companies and start-ups alike to build new products from a blank sheet of paper, or take a large assemblage of existing capabilities and develop them into a successful market offering.  You'll see from my attached resume that this experience ranges from the areas of banking, financial services, payments, billing, Internet services, online shopping, self-service and customer-intelligence to business web portal design and mission critical B2B software and outsourcing.

My biggest strength is a unique ability to come into a new challenge, quickly assess what's important, where to focus, and then do whatever is required from a leadership and hands-on tactical perspective to make rapid progress toward key objectives.  I've frequently been in a setting where I'm one of the few people with domain knowledge in my field, and lend enormous value by multi-tasking in a variety of roles, bringing a mixture of skills to the table as required.  I'm comfortable working alone or managing groups of 20+ but have enjoyed heading small groups of professionals for much of my career.   I've spent years interacting with many functional areas, acting as the "glue" that holds the Marketing, Sales, Product, and Technology groups together, and have the ability to communicate with those diverse skill sets and personality types…and get results.

I have experience and accomplishments in a number of areas including:

- Product development and management
- Core branding and marketing material development
- Market research and competitive analysis
- Partnership and business development
- Corporate development and sales training
- Field sales support and proposal development
- Account management and service implementation
- All associated project and program management

# William C. Kitchen

383 Hickory Lane  Westerville, OH 43081
614-818-5443 (H)  614-353-4336 (C)
bkitchen@e-compartners.com
www.e-compartners.com

**Summary**

- Accomplished professional with demonstrated strength in new product introductions and new business starts in a variety of industries including Internet ECommerce, Software, Online Services, Banking, Electronic Payments and Billing.
- Leader with a proven track record of developing and managing successful products, partnerships, people and projects. Made a major contribution to development and growth of CheckFree Corporation – the nations leading electronic payment and billing enterprise; a $5 million revenue company in 1988, acquired by FiServ for $4.4 billion.
- Key player who adds tremendous value to any setting, multi-tasking in executive and functional roles.
- Unique individual always depended upon to "figure it out" using a blend of strategic thinking, drive, and personality needed to execute challenging new initiatives.

| **e-com partners** | Managing Partner | 2006 – Present |
|---|---|---|

*Sampling of accomplishments as a consultant:*

**Inovis Corporation** - A B2B software and online services provider. Worked with the CEO and direct assigns in evaluating their products vs. existing and emerging markets and developed directions for new build or enhancement.

**I4 Commerce (now Bill Me Later, Inc.)** – Provides payment, credit, and marketing to a wide range of multi-channel retail and business oriented merchants. Worked with 3 SVPs, assigns and MIS to develop merchant portal capabilities; develop, coach, hire, and restructure account management/marketing personnel to support rapid expansion.

**CheckFree Corporation (now Fiserv)** – Provides e-commerce software and services to B2C, B2B, and Financial Services markets. Headed a group of 7 executives and several contributors across U.S./Europe, bringing together 8 different initiatives, developing go-forward planning, managing outside resources and presentations to major clients.

**Sorriso Technologies, Inc.** – Provides online invoice, payment, self-service, and customer intelligence products via On-Premise and SaaS platforms to many B2C and B2B industries. Revamped core product messaging, packaging, website etc.; development of potential partnerships in support of channel strategy.

**Zmags, Inc**. – A leader in Interactive Collateral Management providing a powerful solution empowering marketing professionals to create, deliver, manage and track the performance of all types of highly interactive digital productions. Led market and competitive assessment. Produced and presented company sponsored webinars outlining latest trends in ecommerce and key components for building a competitive interactive presence in today's environment.

**Oppenheimer/Dorsey&Whitney** – Provided expert consulting support to these leading financial services and legal firms. Case concerned the growth, operation, and venture capital support of an Internet start-up in the online gaming industry and was successfully concluded in summary judgment by the court.

**Acacia Technologies** – Currently working with this patent licensing organization in connection with international Supply Chain Finance and B2B payment technology endeavors.

| **Sterling Commerce** | Global Product Line Manager – Financial Services | 2005 – 2006 |
|---|---|---|

- Brought on board to take fledgling financial services efforts from research stage to reality.
- Supported a dual product and marketing role in driving strategic planning, solution development, and primary messaging.

- Secured approval in 5 months for first year incremental spend of $11 million and subsequent establishment of company's first "Emerging Business Unit", effectively establishing a start-up venture within a $500 million dollar company.
- Led teams of product management, engineering, consulting, sales, marketing and channel/technology partner personnel in rapidly bringing Sterling's first packaged B2B payment product offerings to market in the North American, European, and Asia Pacific regions.

| **e.com partners** | Founding Partner | 1998 – 2005 |

- Founded and led e.com partners, a boutique consulting firm supporting corporate development, product/business development, and strategic project management for a diverse clientele of Fortune 500 organizations, software/service providers, banks, internet/e-commerce start-ups, and venture capital firms. Rapidly expanded business; successfully grew range of service offerings, partners, and list of 30+ clients, working with several on a long term basis on completing initiatives such as:

  - Build out of product development and implementation structure and partnerships for start-up companies resulting in the successful launch of their businesses.
  - Sales, business development, partnering, and marketing revamps for mid-tier corporations supporting significant improvements in close rates and length of sales cycle.
  - Conception, build, and launch of a competitive new consulting organization within a large consumer services company.
  - Strategic analysis and market redirect plans for a leading B2B e-commerce software company.

| **Banc One Corporation** | VP – Product & Business Development | 1997 – 1998 |

- Forged partnerships and co-marketing relationships successfully supporting the rapid expansion of BankOne.com content and related functionality.
- Simultaneously reorganized and managed the product development group and related processes, dramatically reducing product cycle time and increasing product output and quality.
- Established corporate-wide efforts between multiple divisions, integrating core-competencies, content, and partnerships. Headed personalization and electronic commerce efforts and acted as company spokesperson.

| **CheckFree Corporation** | | 1982 – 1997 |

- Key member of the founding team that successfully grew CheckFree from a basement start-up to a 1,100 employee, 200MM public company leading the e-commerce industry (acquired by FiServ for $4.4 billion).
- Supported several cross-functional roles including product development, business development, implementation, sales/support, and account management. In the process developed many careers and fine young professionals.

Vice-President of Corporate Business Development                                                   1995 – 1997
- Developed and launched the CheckFree E-Bill service, virtually creating and then dominating the electronic bill presentment industry. Awarded honors for innovation by the Smithsonian ComputerWorld Organization and named as primary inventor on associated CheckFree patents.

Director, Consumer Business Development                                                             1991 – 1994
- Created partnerships with top tier financial organizations forging early ties between banking, bill payment, and brokerages services

Director, Consumer Product Development                                                                  1988 – 1990
- Developed and launched the first nationwide electronic bill payment service that continues to serve the rapidly growing industry with over 80% market share.

Manager, Commercial Product Development                                            1985 – 1987
- Worked with corporate clients, channel and technology partners to conceptualize, develop, and bring new products and services to market.
- Products and partnerships developed positioned CheckFree as the leader in three industry verticals creating dominate positions in those market segments

Manager, Commercial Account Management                                              1982 – 1984
- Formed company's first Account Management department; recruited and trained key personnel, developing required processes and procedures etc..
- Was individually responsible or led the teams credited with the successful sales, implementation, and ongoing support of all of the company's key accounts, many of which became market leaders in emerging industries such as:
    - America On Line – Completed agreements, personally implemented, and managed the AOL account which became an online industry leader, and CheckFree's largest client.
    - AFSA Data Corp. – Sold, and implemented payments systems and servicing for AFSA's Direct (Title IV) and other student loan programs. AFSA became a leading service provider and pioneer in the student loan serving industry, and one of CheckFree's largest accounts.

**State Savings Corp.**                                                                                   1979 – 1980

- Loan Officer; Assistant Branch Manager; Assistant Security Officer
- Supported senior management branch expansion projects

**Education**

**University of Dayton – '82**
- Master of Business Administration
- GPA 3.85 – Cum Laude

**Miami University of Ohio – '79**
- Double major - B.A. Marketing and Management
- Combined GPA of 3.50

**Litigation Related Experience and Patents**

**Kirkland & Ellis – Quadracom v AOL – '00/'01**
Provided fact, consultant, and deposition support to Kirkland & Ellis in a case representing America On Line. Case concerned Quadracom's contention that AOL had misappropriated trade secrets surrounding their products and services. Services were designed to offer long distance phone services while providing enrollment and credit card billing for same.

**Latham & Watkins – LPPI v PayPal (Xcom) – '01/'02**
Provided fact and consultant (settled before deposition) support to Latham & Watkins in a case representing PayPal (Xcom). Case concerned LPPI's contention that PayPal had misappropriated trade secrets surrounding their credit card services. Services were designed to allow web merchants to enroll for credit card processing services in order to collect service fees from their customers.

**Dorsey & Whitney – Prizewise v Oppenheimer '09/'10**
Provided fact, consultant, and deposition support to Dorsey & Whitney in a case representing Oppenheimer & Co.. Case concerned the growth, operation, and venture capital support of an Internet start-up in the online gaming industry and centered around claims that the release of proprietary information had detrimental effects on business growth. The case successfully concluded in summary judgment for Oppenheimer.

**PATENTS:**

| Patent Number | Year Issued | Title |
| --- | --- | --- |
| 7,120,602 | 2006 | Bill Availability Notification and Billing Request |
| 6,289,322 | 2001 | Electronic Bill Processing |