IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC., | : |
| Plaintiff, | : Civil Action No. 3:09cv337(AWT) |
| v. | : November 9, 2010 |
| TOUCHNET INFORMATION SYSTEMS, INC., | : |
| Defendant. | : |

# REVISED[1] AGREED AMENDED CLAIM CONSTRUCTION BRIEFING SCHEDULE

Plaintiff Higher One, Inc. and Defendant Touchnet Information Systems, Inc. (jointly "the parties") hereby submit an amended claim construction briefing schedule as ordered by the Court on November 5, 2010 (Doc. 69). With respect to the claim construction briefing schedule, the Parties' 26(f) Report (Doc. 34) is amended as follows:

| Action | Current Deadline | Amended Deadline[2] |
|---|---|---|
| Parties shall serve any expert reports regarding claim construction | N/A | 12/10/2010 |
| Parties shall serve any rebuttal expert reports | N/A | 12/23/2010 |

---

[1] This document revises Doc. 70, which incorrectly listed "amended deadlines" as "by 1/14/2010," "2/4/2010," and "2/25/2010." Those deadlines should have been for the year 2011 as listed herein.

[2] These amended deadlines are tentative pending the Court's decision on Higher One, Inc.'s Motion to Consolidate (Doc. 61) this action with 3:10-cv-1435.

| Action | Current Deadline | Amended Deadline[2] |
|---|---|---|
| regarding claim construction | | |
| Parties shall depose any experts regarding claim construction | N/A | by 1/14/2011 |
| The parties shall serve simultaneous claim construction briefs ("opening briefs") (See Doc. 34 at Sec. E(7)(e)) | One (1) month after filing the joint statement | 2/4/2011 |
| The parties shall serve simultaneous opposition claim construction briefs and request that the Court set a *Markman* hearing date (See Doc. 34 at Sec. E(7)(f)) | One (1) month after the opening briefs | 2/25/2011 |

All other deadlines in the Parties' 26(f) Report (Doc. 34) will remain the same.

The parties respectfully request that the Court enter an amended claim construction briefing schedule as outlined herein.

                                          **PLAINTIFF**
                                          **HIGHER ONE, INC.**

Date: November 9, 2010                  By: /s/ Laura A. Chubb_____

                                              Edward Wood Dunham (ct05429)
                                              WIGGIN AND DANA LLP
                                              One Century Tower
                                              P.O. Box 1832
                                              New Haven, CT 06508-1832
                                              (203) 498-4400
                                              (203) 782-2889 fax
                                              edunham@wiggin.com

                                              Joseph V. Saphia (pro hac vice)
                                              Laura A. Chubb (ct27794)
                                              WIGGIN AND DANA LLP
                                              450 Lexington Avenue, Suite 3800
                                              New York, NY 10017
                                              (212) 490-1700
                                              (212) 490-0536 fax
                                              jsaphia@wiggin.com
                                              lchubb@wiggin.com

                                              *Attorneys for Plaintiff*

                                **DEFENDANT**
                                **TOUCHNET INFORMATION SYSTEMS, INC.**

Date: November 9, 2010                By: /s/ Kyle L. Elliott_____

                                Elizabeth A. Alquist (ct15643)
                                Nicholas A. Pisarsky (ct27916)
                                DAY PITNEY LLP
                                242 Trumbull Street
                                Hartford, CT 06103-1212
                                (860) 275-0100
                                (860) 275-0343 fax
                                eaalquist@daypitney.com
                                npisarsky@daypitney.com

                                Of Counsel:
                                Patrick J. Whalen
                                Kyle L. Elliott
                                SPENCER FANE BRITT & BROWNE LLP
                                1000 Walnut Street, Suite 1400
                                Kansas City, MO 64106
                                (816) 474-8100
                                (816) 474-3216 fax
                                pwhalen@spencerfane.com
                                kelliott@spencerfane.com

                                I. Edward Marquette
                                KUTAK ROCK LLP
                                1010 Grand Blvd., Suite 500
                                Kansas City, MO 64106
                                (816) 960-0090
                                (816) 960-0041 fax
                                Ed.marquette@kutakrock.com

                                *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 9th day of November, 2010, a true copy of the foregoing REVISED AGREED AMENDED CLAIM CONSTRUCTION BRIEFING SCHEDULE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Laura A. Chubb
Laura A. Chubb

16873\15\2463515.2