UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC., <br><br> Plaintiff, <br> v. <br><br> TOUCHNET INFORMATION SYSTEMS, INC., <br><br> Defendant. | Civil Action No. <br> 3:09-cv-00337 (AWT) <br><br><br> JANUARY 28, 2011 |

**JOINT, *EMERGENCY* MOTION FOR EXTENSION OF TIME FOR
THE PARTIES TO FILE THEIR OPENING CLAIM CONSTRUCTION BRIEFS**

Pursuant to D. Conn. L. Civ. R. 7(a)(3) and 7(b)(2), and for good cause explained herein, the Parties hereby move, on an expedited basis, for an extension of time for the parties to file their opening claim construction briefs. The current deadline for the parties to submit those briefs is February 4, 2011. (*See* Dkt. Entry No. 75.)

TouchNet Information Systems, Inc. ("TouchNet") has filed a Motion to Compel [Dkt. Entry No. 92]. In light of the issues briefed in that Motion to Compel that are related to claim construction, the Parties request that this Court extend the date for the parties to file their opening claim construction briefs either (a) one week after the Court denies TouchNet's Motion to Compel, or (b) 30 days after this Court rules in TouchNet's favor on the Motion to Compel. This is the first motion by the Parties to extend this deadline. Good cause exists to grant this motion on an expedited basis.

WHEREFORE, the Parties respectfully request that this Court grant their motion for extension of time for the parties to submit their opening claim construction briefs as set forth above.

Respectfully submitted,

By:  __/s/ Joseph V. Saphia_____

Edward Wood Dunham (ct05429)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
edunham@wiggin.com


Joseph V. Saphia (pro hac vice)
Laura A. Chubb (ct27794)
WIGGIN AND DANA LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 490-1700
(212) 490-0536 fax
jsaphia@wiggin.com
lchubb@wiggin.com


*Attorneys for Plaintiff*


By:  __/s/ Patrick J. Whalen_____

Patrick J. Whalen
Kyle L. Elliott
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106
Tel: (816) 474-8100
Fax: (816) 474-3216
pwhalen@spencerfane.com
kelliott@spencerfane.com

>DAY PITNEY LLP
>Elizabeth A. Alquist (ct15643)
>Nicholas A. Pisarsky (ct27916)
>242 Trumbull Street
>Hartford, CT 06103-1212
>Tel: (860) 275-0100
>Fax: (860) 275-0343
>eaalquist@daypitney.com
>npisarsky@daypitney.com
>
>KUTAK ROCK LLP
>I. Edward Marquette
>1010 Grand Blvd., Suite 500
>Kansas City, MO 64106
>Tel: (816) 960-0090
>Fax: (816) 960-0041
>Ed.Marquette@KutakRock.com
>
>*Attorneys for Defendant*
>*Touchnet Information Systems, Inc.*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on January 28, 2011, a copy of the foregoing Joint, *Emergency* Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>/s/ Nicholas A. Pisarsky