# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 3:09CV337(AWT) |
| v. | ) |
| TOUCHNET INFORMATION SYSTEMS, INC., | ) |
| | ) June 21, 2011 |
| Defendant. | ) |

## DEFENDANT TOUCHNET INFORMATION SYSTEMS, INC.'S
## MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rule 37, defendant Touchnet Information Systems, Inc. ("Touchnet"), hereby respectfully moves this Court for an order compelling plaintiff Higher One, Inc. ("Plaintiff") to comply with its discovery obligations and order that Plaintiff may not instruct named inventors of the patent-in-suit not to answer questions regarding the meanings of terms in the claims of that patent and allegation of infringement of the same.

Counsel for Touchnet has conferred in good faith with counsel for Higher One in an effort to resolve, by agreement, the issues raised by this motion without the intervention of the Court. Despite those efforts, however, the parties have failed to reach an agreement. Pursuant to Local Civil Rule 37, Touchnet has filed a memorandum in support of this motion.

By: /s/ Kyle L. Elliott
Patrick J. Whalen
Kyle L. Elliott
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Tel: (816) 474-8100
Fax: (816) 474-3216

pwhalen@spencerfane.com
kelliott@spencerfane.com

DAY PITNEY LLP
Elizabeth Ann Alquist (ct15643)
Nicholas A. Pisarsky (ct27916)
242 Trumbull St.
Hartford, CT 06103-1212
Tel: (860) 275-0100
Fax: (860) 275-0343


KUTAK ROCK LLP
I. Edward Marquette
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
Tel: (816) 960-0090
Fax: (816) 960-0041
Ed.Marquette@KutakRock.com


**CERTIFICATE OF ELECTRONIC FILING**

      I certify that on June 21, 2011, a copy of the foregoing Motion to Compel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.
.

                                                 /s/ Nicholas A. Pisarsky