IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC. </br></br>               Plaintiff, </br></br> v. </br></br> TOUCHNET INFORMATION SYSTEMS, INC., </br></br>               Defendant. | Civil Action No. </br> 3:09-cv-00337-AWT </br></br></br></br> July 20, 2011 |

**<u>JOINT MOTION FOR A STAY OF PENDING DEADLINES</u>**

The parties respectfully move this Court to stay all current deadlines in order to pursue a global mediation of all three pending cases between the parties. As support thereof, the parties state as follows:

      1.      The parties have abided by the schedule set forth in their 26(f) Report filed on August 13, 2009 (Doc. 34). The schedule in the 26(f) Report was amended by the Court's November 10, 2010 Order (Docs. 74-75) and the Court's January 7, 2011 Order Re Proposed Amended Scheduling Order (Docs. 81 and 89). Currently the pending dates are on hold, as the Court extended (Doc. 97) the parties' deadline to file their opening claim construction briefs until a date dependent upon the Court's ruling on Touchnet's Motion to Compel (Doc. 92).

      2.      Since the parties filed their 26(f) Report, the parties have been working to exchange information, engage in written discovery, notice and take depositions, engage in discovery related to claim construction, and complete claim construction expert discovery.

      3.      In addition to this action, the parties are involved in another pending patent infringement case before this Court (*Higher One, Inc. v. Touchnet Information Systems, Inc.*,

3:10cv1435 (AWT)) and a pending trademark infringement case in the United States District Court for the District of Kansas (*Touchnet Information Systems, Inc. v. Higher One, Inc.*, 2:10cv02545-KHV-JPO).

4. While this Court has not mandated mediation, the parties have recently decided to pursue a global mediation seeking resolution of this case as well as the other two pending cases between them. Thus, in the hope of a successful mediation, the parties want to defer undertaking all pending deadlines, including discovery and claim construction deadlines.

5. The parties have selected former U.S. Magistrate Judge (N.D. California) Edward Infante to serve as mediator and Judge Infante has agreed to serve as mediator.

6. Pursuant to Judge Infante's schedule, the mediation is scheduled for October 5, 2011, the earliest available date on Judge Infante's schedule.

7. The costs to complete the substantial remaining discovery and claim construction briefs will be substantial and extraordinarily costly, and will not be conducive to the settlement process.

8. The parties believe both their time and resources over the next two months, as well as the Court's time and resources, will be better spent by the parties focusing on mediation in lieu of litigation. Also, because the scheduled mediation will include all three pending cases between the parties, mediation will take more time and preparation than normal. A temporary stay will allow the parties to focus on settlement negotiations without wasting limited resources on discovery or claim construction.

9. Because the parties have been focused on, and are hopeful for, a successful mediation, they would like to defer completing discovery and claim construction. Thus, the parties are seeking a stay of the pending deadlines in the case which they believe will heighten the chances of a successful global mediation.

10. Further, the parties note that today they filed a joint motion and the United States District Court for the District of Kansas granted that motion for a stay of all further deadlines and proceedings in that matter pending the outcome of mediation between the parties.

11. The requested stay is not designed to delay resolution of this matter. The requested stay is also not designed to prejudice the interests of either party. Indeed, the parties submit this request jointly.

WHEREFORE, the parties respectfully request the Court stay all pending dates under the 26(f) Report as amended, and require the parties to notify the Court within ten (10) days after the conclusion of the mediation.

    Respectfully submitted,

    Plaintiff, Higher One, Inc.

    By: /s/ Laura A. Chubb
    Joseph V. Saphia (ct28558)
    W. Edward Bailey (admitted pro hac vice)
    Laura A. Chubb (ct27794)
    WIGGIN AND DANA LLP
    450 Lexington Avenue, Suite 3800
    New York, NY 10017
    (212) 490-1700
    (212) 490-0536 fax
    jsaphia@wiggin.com
    ebailey@wiggin.com
    lchubb@wiggin.com

    Edward Wood Dunham (ct05429)
    WIGGIN AND DANA LLP
    One Century Tower
    P.O. Box 1832
    New Haven, CT 06508-1832
    (203) 498-4400
    (203) 782-2889 fax
    edunham@wiggin.com

    *Attorneys for Plaintiff*

       /s/ Patrick J. Whalen
Patrick J. Whalen
Kyle Elliott
Lih Chen
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
pwhalen@spencerfane.com
kelliott@spencerfane.com
lchen@spencerfane.com

Elizabeth A. Alquist
Nicholas A. Pisarsky
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103-1212
EAAlquist@DayPitney.com
npisarsky@daypitney.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Laura A. Chubb