```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

----------------------------------X
HIGHER ONE, INC.,                 :
                                  :
        Plaintiff,                :
                                  :
v.                                :   Civil No. 3:09-cv-00337(AWT)
                                  :
TOUCHNET INFORMATION SYSTEMS,     :
INC.,                             :
                                  :
        Defendant.                :
----------------------------------X

**ORDER RE JOINT MOTION TO LIFT STAY AND RESET DEADLINES**

The Joint Motion To Lift Stay and Reset Deadlines (Doc. No. 131) is hereby GRANTED.

The following schedule shall be in effect:

| Event | Deadline |
|---|---|
| Opening Claim Construction Briefs | August 31, 2012 |
| Opposition Claim Construction Briefs | September 28, 2012 |
| Markman Hearing | On or about November 21, 2012 |
| Markman Ruling | On or about February 15, 2013 |
| End of Fact Discovery | The later of April 15, 2013 or 60 days after Markman ruling is issued |
| Opening Expert Reports | The later of May 15, 2013, or 30 days after the End of Fact Discovery |
| Rebuttal Expert Reports | The later of June 17, 2013, or 30 days after Opening Expert Reports |
| End of Expert Discovery | The later of August 16, 2013, or 60 days after Rebuttal Expert Reports |
| Dispositive Motions | The later of October 16, 2013, or 60 days after the End of Expert Discovery |

-1-

A trial memorandum order will be issued once the dispositive motions deadline has been passed.

Please refer to the electronic filing order in civil cases re: the requirements for submission of chamber copies.

It is so ordered.

Dated this 11th day of June 2012 at Hartford, Connecticut.

                                            /s/
                                  Alvin W. Thompson
                           United States District Judge