UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------X
                                   :
HIGHER ONE, INC.,                  :
          Plaintiff,               :
                                   :
v.                                 :   Civ. No. 3:09CV337(AWT)
                                   :
TOUCHNET INFORMATION SYSTEMS, INC.,:
          Defendant.               :
                                   :
-----------------------------------X
```

**ORDER RE JOINT EMERGENCY MOTION FOR RESETTING DEADLINES**

The Joint Motion for Resetting Deadlines (Doc. No. 161) is hereby GRANTED.

The following schedule shall be in effect:

| Event: | Deadline: |
|---|---|
| Opening Claim Construction Briefs | The later of November 16, 2012 or sixty days after the Court's adjudication of the Omnibus Motion to Compel |
| Opposition Claim Construction Briefs | The later of December 14, 2012 or 4 weeks after the Opening Claim Construction Briefs |
| Markman Hearing | On or about February 8, 2013 or 8 weeks after the Opposition Claim Construction Briefs |
| Markman Ruling | On or about May 3, 2013 or 12 weeks after the Markman Hearing or to be determined by the Court |
| End of Fact Discovery | The later of July 3, 2013 or 60 days after Markman ruling is issued |
| Opening Expert Reports | The later of August 2, 2013 or 30 days after End of Fact Discovery |

| Rebuttal Expert Reports | The later of September 2, 2013 or 30 days after Opening Expert Reports |
|---|---|
| End of Expert Discovery | The later of November 1, 2013 or 60 days after Rebuttal Expert Reports |
| Dispositive Motions | The later of January 3, 2014, or 60 days after End of Expert Discovery |

A trial memorandum order will be issued once the dispositive motions deadline has been passed.

Please refer to the electronic filing order in civil cases re: the requirements for submission of chamber copies.

It is so ordered.

Dated this 29th day of August, 2012 at Hartford, Connecticut.

                                        /s/AWT
                                  Alvin W. Thompson
                        United States District Judge