UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------X
                                    :
HIGHER ONE, INC.,                   :
                                    :
            Plaintiff,              :
                                    :
v.                                  :      Civ. No. 3:09CV337(AWT)
                                    :
TOUCHNET INFORMATION SYSTEMS, INC., :
                                    :
            Defendant.              :
                                    :
------------------------------------X
```

**ORDER WITHDRAWING DEFENDANT'S OMNIBUS MOTION TO COMPEL**

Defendant's Omnibus Motion to Compel (Doc. No. 141) is hereby WITHDRAWN, subject to the following agreement of the parties:

1. Regarding expert testimony, the parties shall comply with Rule 26(a)(4), as it existed prior to the amendments effective December 1, 2011, throughout the case including all past and future expert discovery in the case.

2. The parties shall supplement their discovery pursuant to Rule 26(e) on the following mutual schedule: October 4, 2012, April 30, 2013 and October 31, 2013.

3. During depositions, counsel shall not instruct a witness not to answer any question, except as permitted under Rule 30(c)(2).

4. Plaintiff will promptly produce any additional documents required to be produced pursuant to the agreement

-1-

set forth in paragraph 1 above.

5. After the production of the documents referred to in the preceding paragraph, the defendant shall be entitled to resume Mr. Mott's deposition, but the deposition shall be limited to the additional documents produced pursuant to paragraph 4.

6. In the event a person's deposition is being taken both as a fact witness and as a representative, pursuant to Rule 30(b)(6), the depositions shall be taken separately, although the two may be taken on the same day in succession.

7. The decision of this court in <u>Sec. Ins. Co. of Hartford v. Trustmark Ins. Co.</u>, 218 F.R.D. 29 (D. Conn. 2003) shall govern the obligations of the parties to respond to contention questions asked of Rule 30(b)(6) witnesses.

It is so ordered.

Dated this 18th day of October 2012 at Hartford, Connecticut.

                                          /s/
                                  Alvin W. Thompson
                        United States District Judge