IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIGHER ONE, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 3:09-cv-00337-AWT |
| v. ) | |
| ) | |
| TOUCHNET INFORMATION SYSTEMS, ) | |
| INC., ) | September 3, 2014 |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENTRY OF**
**AGREED CLAIM CONSTRUCTION BRIEFING SCHEDULE**

Plaintiff Higher One, Inc. and Defendant Touchnet Information Systems, Inc. respectfully request entry of the agreed claim construction briefing schedule outlined herein.

During the June 12, 2014 status conference with Parajudicial Officer James Hawkins, Mr. Hawkins indicated that the Court would not object to the parties agreeing upon and proceeding with an agreed upon claim construction briefing schedule. On August 11, 2014, the parties agreed upon and are proceeding with the following claim construction briefing schedule:

| Deadline | Action |
|---|---|
| Sept. 15, 2014 | Exchange proposed disputed claim terms for asserted claims and proposed constructions for those disputed claim terms. |
| Sept. 22, 2014 | Meet and confer to try and narrow the disputed claim terms and agree upon proposed constructions for those disputed claim terms. |
| Oct. 15, 2014 | Exchange opening claim construction briefs. |
| Nov. 17, 2014 | Exchange responsive claim construction briefs. |

1

| Deadline | Action |
|---|---|
| Dec. 8, 2014 | Parties reserve the right to file reply claim construction briefs only for any new issues raised in a responsive claim construction brief. |

There is currently no schedule or other deadlines entered in this case.

The parties respectfully request the Court to enter the above outlined agreed upon claim construction briefing schedule.

Dated:  September 3, 2014         **PLAINTIFF**
                                  **HIGHER ONE, INC.**


                         By:      /s/ Joseph V. Saphia
                                  Joseph V. Saphia (ct28558)
                                  Laura A. Chubb (ct27794)
                                  Erika V. Selli (ct28946)
                                  FROMMER LAWRENCE & HAUG, LLP
                                  745 Fifth Avenue, Floor 10
                                  New York, NY 10150
                                  (212) 588-0800
                                  (212) 588-0500 fax
                                  jsaphia@flhlaw.com
                                  lchubb@flhlaw.com
                                  eselli@flhlaw.com

                                  *Attorneys for Plaintiff*

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP


By:   /s/ Kyle L. Elliott
Lih C. Chen          Mo. Bar # 62263
Kyle L. Elliott Mo.   Mo. Bar #49145
Patrick J. Whalen    Mo. Bar #45594
J. Nick Badgerow     Mo. Bar #35855
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (facsimile)
lchen@spencerfane.com
pwhalen@spencerfane.com
kelliott@spencerfane.com
nbadgerow@spencerfane.com

DAY PITNEY LLP
Catherine Dugan O'Connor
One Canterbury Green
201 Broad Street
Stamford, CT 06901
(203) 977-7300
(203) 977-7301 (facsimile)

Elizabeth Ann Alquist
242 Trumbull St.
Hartford, CT 06103-1212
(860) 275-0137
(860) 275-0342 (facsimile)

KUTAK ROCK, LLP
I. Edward Marquette
1010 Grand Boulevard, Suite 500
Kansas City, MO 64106
(816) 960-0090
(816) 960-0041 (facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Laura A. Chubb
    Laura A. Chubb