## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
)
HIGHER ONE, INC.                  )
)              Civil Action No.
Plaintiff,     )        3:09-cv-00337 (AWT)
)
v.                   )
)
TOUCHNET INFORMATION     )
SYSTEMS, INC.              )
)
Defendant.   )
_____)

### AMENDED SCHEDULING ORDER

| Action | Current Deadline | Amended Deadline |
|---|---|---|
| Parties shall serve any rebuttal supplemental expert reports | N/A | 3/31/2015 |
| Parties shall depose any experts regarding claim construction | By 1/14/2011 | 6/10/2015 |
| The parties shall serve simultaneous claim construction briefs ("opening briefs") | 2/4/2011 (Doc. 81 & 89) | 6/20/2015 |
| The parties shall serve simultaneous opposition claim construction briefs and request that the Court set a Markman hearing date (See Doc. 34 at Sec. E(7)(f)) | 2/25/2011 (Doc. 81 & 89) | 7/15/2015 |
| Completion of Discovery | Within 120 days after the issuance by the Court of a *Markman* ruling.  (Doc. 34 at Section V(E)(4)). | Within 60 days after the issuance by the Court of a *Markman* ruling. |
| Dispositive Motions | Dispositive motions, including those under Fed. R. Civ. P. 12(c) and 56, will be filed at any time no later than 60 days following the completion of discovery, but a pre-filing conference must be held prior | Unchanged. |

| | to the filing of any dispositive motion. (Doc. 89) ¶ 4. | |
|---|---|---|
| Designation of all trial experts and provision of expert opening reports to opposing counsel per Fed. R. Civ. P. 26(a)(2) | Within sixty (60) days of the Court's *Markman* ruling. (Doc. 89) ¶ 2. | Unchanged |
| Deposition of experts | Conclude within sixty (60) days following date of exchange of rebuttal reports. (See Doc. 34 at Section V(E)(10).) | Conclude within sixty (60) days of the Court's *Markman* ruling. |
| Expert Report on Damages: A detailed damages analysis and any supporting expert reports will be provided by any party who has a claim or counterclaim for damages. | At the time of the opening reports. (Doc. 89) ¶ 3. | Within 60 days of the Court's *Markman* ruling. |

It is so ordered.

Signed this 15th day of April 2015, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge